# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Jamie Lawrence-Evoy,

               Plaintiff,

                              Case No. 19-11855

v.

                              Judith E. Levy

Commissioner of Social Security,    United States District Judge

             Defendant.    Mag. Judge Patricia T. Morris

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [15]

Before the Court is Magistrate Judge Patricia T. Morris' Report and Recommendation recommending the Court deny Plaintiff's motion for summary judgment (ECF No. 10) and grant Defendant's motion for summary judgment (ECF No.12). (ECF No. 15.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 15) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 10) is DENIED;

Defendant's motion for summary judgment (ECF No. 12) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: June 17, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 17, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).